1  Caroline N. Mitchell (SBN #143124)
   Theresa M. Langa (SBN #212740)
2  Jordan Cunningham (SBN # 235174)
   JONES DAY
3  555 California Street
   26th Floor
4  San Francisco, CA 94104
   Telephone: (415) 626-3939
5  Facsimile: (415) 875-5700
   Email: cnmitchell@jonesday.com;
6  tlanga@jonesday.com; jcunningham@jonesday.com

7  Attorneys for Defendant
   IRIS CENTER WOMEN'S COUNSELING AND
8  RECOVERY SERVICES

9  Richard M. Rogers (SBN#045843)
   MAYO & ROGERS
10 114 Sansome Street, #1310
   San Francisco, CA 94104
11 Telephone: (415) 397-1515
   Facsimile: (415) 397-1540
12 Email: RogersRMR@aol.com

13 Attorneys for Plaintiff
   MARIE WESTBROOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE WESTBROOK, | Case No. C04-05388 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION CUTOFF DATE** |
| vs. | |
| IRIS CENTER WOMEN'S COUNSELING and RECOVERY SERVICES, | Complaint filed: December 21, 2004<br>Trial Date: March 13, 2006 |
| Defendant. | |

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Marie Westbrook ("Ms. Westbrook"), and Defendant Iris Center Women's Counseling And Recovery Services ("Iris

1 Center") hereby submit this Stipulation and [Proposed] Order to Extend the Mediation Cutoff Date.

WHEREAS, the mediation in this case is currently scheduled for July 25, 2005;

WHEREAS, the deposition of Trena Patton, former Executive Director of Iris Center, took place on June 9th, 2005;

WHEREAS, the deposition of Ms. Westbrook was originally scheduled for June 8, 2005 but did not go forward on that date due to a written discovery dispute;

WHEREAS, due to scheduling conflicts for both parties, Ms. Westbrook's deposition cannot not be rescheduled sooner than July 25th, 2005;

WHEREAS, due to her illness, the deposition of Jessica Ryan, former Administrative Director of Iris Center, could not proceed as originally scheduled and will have to be rescheduled after July 25, 2005;

WHEREAS, the parties would like to have Ms. Westbrook and Ms. Ryan's depositions completed prior to the mediation, in order to have a more complete set of facts to make the mediation optimally productive;

WHEREAS, due to a preplanned vacation and a trial, mediator Jeffrey Ross' next available mediation date after July 25th is September 19th, 2005;

WHEREAS, September 19th, 2005 is the first mutually available date for all parties to attend a mediation.

NOW THEREFORE, for the reasons stated herein, and the Declaration of Jordan Cunningham filed herewith, the parties stipulate and request the Court order as follows:

1. The Mediation Cutoff Date is continued until September 30th, 2005 to allow for mediation to occur on September 19th, 2005.

**IT IS SO STIPULATED.**

1
2  Dated: June 14, 2005.
3
4
5
6
7
8
9
10
11  Dated: June 14, 2005.
12
13
14
15
16
17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
18
19  Dated: June 15, 2005
20
21
22
23
24
25
26
27
28

Respectfully submitted,

JONES DAY

By: _____
Caroline Mitchell
Theresa Langa
Jordan Cunningham

COUNSEL FOR DEFENDANT IRIS CENTER

Respectfully submitted,

MAYO & ROGERS

By: _____
Richard M. Rogers

COUNSEL FOR PLAINTIFF
MARIE WESTBROOK

/s/ Jeffrey S. White
United States District Judge