Theresa M. Langa (SBN #212740)
Jordan Cunningham (SBN # 235174)
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: cnmitchell@jonesday.com;
tlanga@jonesday.com; jcunningham@jonesday.com

Attorneys for Defendant
IRIS CENTER WOMEN'S COUNSELING AND
RECOVERY SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE WESTBROOK,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>IRIS CENTER WOMEN'S COUNSELING<br>and RECOVERY SERVICES,<br><br>　　　　　　　　Defendant. | Case No. C04-05388 JSW<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE**<br><br>Judge: The Honorable Jeffrey S. White |

It is HEREBY STIPULATED by and between the parties to Case Number C04-05388 JSW, Plaintiff Marie Westbrook and Defendant Iris Center Women's Counseling and Recovery Services, through their respective undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party is to bear its own costs.

///

///

///

///

1  SO STIPULATED:

3  February 6, 2006                MAYO & ROGERS

5  By: /s/ Richard M. Rogers
6       Richard M. Rogers

7  Attorneys for Plaintiff Marie Westbrook

9  February 6, 2006                JONES DAY

11 By: /s/ Theresa M. Langa
12      Theresa M. Langa

13 Attorneys for Defendant Iris Center Women's Counseling and Recovery Services

15 IT IS SO ORDERED:

18 February 8, 2006                /s/ Jeffrey S. White
                                   The Honorable Jeffrey S. White
19                                 United States District Court Judge,
                                   Northern District of California

23 SFI-537167v1
   Iris Center: Stipulation of Dismissal (N.D. Fed.)

Stipulation of Dismissal With Prejudice
C04-05388 JSW

-2-